**Electronically Filed
Supreme Court
SCPW-23-0000672
06-MAR-2024
09:26 AM
Dkt. 37 ODMR**

SCPW-23-0000672

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

CELESTE M. GONSALVES, Petitioner,

vs.

THE HONORABLE KARIN L. HOLMA,
Judge of the District Court of the First Circuit,
State of Hawai'i, Respondent Judge,

and

STUART B. GLAUBERMAN, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1DSC-23-0000463)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the motion for reconsideration filed March 4, 2024, and the record, this court has not overlooked or misapprehended points of law or fact. See Hawai'i Rules of Appellate Procedure Rule 40(b) (2000).

It is ordered that the motion is denied.

DATED:  Honolulu, Hawaiʻi, March 6, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

